IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANIEL OWENS                                                                                PLAINTIFF

v.                                          No. 3:22-cv-310-DPM

MARTY BOYD*, Sheriff,
Craighead County; CHAD O'BRAIN,
Correctional Officer, Craighead
County Jail; and DRUM, Correctional
Officer, Craighead County Jail                                              DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 6*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Owens's amended complaint will be dismissed without prejudice for failing to state a claim. Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 January 2023

---

*The Court has corrected the spelling of Sheriff Boyd's last name and directs the Clerk to update the docket.