IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANIEL OWENS                                                              PLAINTIFF

v.                          No. 3:22-cv-310-DPM

MARTY BOYD, Sheriff,
Craighead County; CHAD O'BRAIN,
Correctional Officer, Craighead
County Jail; and DRUM, Correctional
Officer, Craighead County Jail                                          DEFENDANTS

## JUDGMENT

Owens's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 January 2023